

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2021

No. 04-21-00349-CV

**IN RE Greg ABBOTT, in His Official Capacity as Governor of the State of Texas**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                 Irene Rios, Justice
                 Lori I. Valenzuela, Justice

On August 23, 2021, Relator filed a petition for writ of mandamus complaining of the trial court's August 12, 2021 ex parte temporary restraining order (TRO). The only relief Relator prayed for was to stay the TRO. The TRO set a hearing on the temporary injunction for August 26, 2021. At the hearing, the trial court extended the TRO and reset the temporary injunction hearing for September 2, 2021.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b).

Any party may file a response to the petition **no later than 12:00 pm on Wednesday, September 1, 2021**. *See* TEX. R. APP. P. 52.4. Any response must conform to Texas Rule of Appellate Procedure 52.4. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2021.

---

[1] This proceeding arises out of Cause No. 2021-CVK-001517-D1, styled *In re Greg Abbott, In His Official Capacity as Governor of the State of Texas*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable José A. López presiding.



_____
MICHAEL A. CRUZ, Clerk of Court